IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHET MICHAEL WILSON | : | |
| | : | CIVIL ACTION FILE NO. 24-cv-3665 |
| Plaintiff, | : | |
| v. | : | |
| LOWER, LLC | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a). The parties stipulate to the dismissal with prejudice of all Plaintiff's individual claims against Defendant Lower, LLC. The putative class claims are dismissed without prejudice.

This stipulation of dismissal disposes of the entire action.

Dated: May 15, 2025

PLAINTIFF,
By his attorneys,

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

By:  */s/ James M. Ruley*
James M. Ruley, Bar No. 1712140150
Ryan D. Watstein (admitted *pro hac vice*)

Matthew A. Keilson (admitted *pro hac vice*)
E. Keith Emanuel (admitted *pro hac vice*)
WATSTEIN TEREPKA, LLP
75 14th Street, Ste 2600
Atlanta, Georgia 30309
Telephone: (404) 782-0695
jruley@wtlaw.com
ryan@wtlaw.com
mkeilson@wtlaw.com
kemanuel@wtlaw.com

*Attorneys for Defendant Lower, LLC*